# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| CASSANDRA AXSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CAUSE NO.: 1:16-CV-343-TLS ) |
| JORGE ORTIZ, (*United States of America in substitution For Jorge Ortiz, effective as of 10/5/16*) | ) ) ) ) |
| Defendant. | ) |

## OPINION AND ORDER

This matter is before the Court on the Government's Motion for Reconsideration [ECF No. 24] and Memorandum of Law in Support of the Motion for Reconsideration [ECF No. 25], both filed on May 25, 2017. Upon review of the Government's briefings, it is the Court's understanding that the Government is requesting reconsideration of the Court's May 18, 2017 Order [ECF No. 22], which dismissed the Plaintiff's Complaint [ECF No. 4] without prejudice. The Government argues that the Plaintiff should not be given leave to refile and thus, appears to seek dismissal of the Complaint w*ith prejudice*. However, the Government's briefings include a clerical error requesting the Court to dismiss the Complaint *without prejudice*.[1]

Accordingly, the Court directs the Government to file a notice of correction of the clerical error if it wishes to pursue its Motion for Reconsideration.

---

[1] (*See* Mem. of Law in Supp. of Mot. to Recons. 1 ("This [C]ourt should reconsider its order allowing Plaintiff to amend the complaint and dismiss the entire complaint *in tota[l]* without prejudice"), ECF No. 25; *Id.* at 9 ("[T]his Court should dismiss Plaintiff's suit without prejudice and terminate the case.")).

SO ORDERED on July 6, 2017.

                                                s/ Theresa L. Springmann
                                                CHIEF JUDGE THERESA L. SPRINGMANN
                                                UNITED STATES DISTRICT COURT