UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| CASSANDRA AXSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO.: 1:16-CV-343-TLS |
| ) | |
| JORGE ORTIZ, ) | |
| (*United States of America in substitution* ) | |
| *For Jorge Ortiz, effective as of 10/5/16*) ) | |
| ) | |
| Defendant. ) | |

## OPINION AND ORDER

This matter is before the Court on the Government's Motion [ECF No. 27] to Withdraw its Motion for Reconsideration [ECF No. 24] as moot. The Government submits that the Court's May 18, 2017, Order [ECF No. 22] dismissing the Plaintiff's Complaint provided the Plaintiff until June 19, 2017, to file an amended complaint. Because that deadline has passed, the case is now closed and thus, the Motion for Reconsideration is moot.

The Court GRANTS the Government's Motion [ECF No. 27] to Withdraw its Motion for Reconsideration [ECF No. 24] and DIRECTS the Clerk of Court to close this case.

SO ORDERED on July 17, 2017.

s/ Theresa L. Springmann
CHIEF JUDGE THERESA L. SPRINGMANN
UNITED STATES DISTRICT COURT